[31650] [Order Directing Debtors to Make Payment]

ORDERED.

**Dated: July 17, 2018**

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:  Case No. 3:18−bk−00643−JAF
 Chapter 13
Grenetta L. Jones

_____Debtor*_____/

### ***ORDER DIRECTING DEBTOR(S) TO MAKE PAYMENT***

The Trustee informs that the debtor(s) have failed to commence or continue the Interim payments as required by 11 U.S.C. Section 1326(a)(1) of the Bankruptcy code.

It is ORDERED

Debtor(s) shall bring such payments current within twenty−one (21) days of this Order. Failure to comply with this Order shall result in the motion being granted and the case dismissed or converted without further notice or hearing.

The Trustee is directed to serve a copy of this order on interested parties who are non−CM/ECF users and file a proof of service within 3 days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.