UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

CASE NO. 3:18-bk-00643-JAF

GRENETTA L. JONES

Debtor.

_____

**DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE**

The Debtor, Grenetta L. Jones, through the undersigned counsel, moves this Court pursuant to § 1307(b), United States Bankruptcy Code, for entry of an Order Dismissing this Chapter 13 Case. This case has not previously been converted under §§ 707, 1112, or 1208, United States Bankruptcy Code.

Date: July 31, 2018.    THE CHAUNCEY LAW FIRM, P. A.

BY      */s/ Anthony W. Chauncey*
Anthony W. Chauncey, Esquire
Florida Bar No. 75023

**CERTIFICATE OF SERVICE**

**I CERTIFY** that a true and correct copy of the foregoing was furnished by electronic notification through the Court's ECF Notification System and/or by United States Mail, postage prepaid and first class, to Douglas W. Neway, Esquire, Chapter 13 Trustee, Post Office Box 4308, Jacksonville, Florida 32201 on this 31st day of June, 2018.

THE CHAUNCEY LAW FIRM, P. A.

BY      */s/ Anthony W. Chauncey*
Anthony W. Chauncey, Esquire
Florida Bar No. 75023
320 White Avenue - Street Address
Post Office Box 548 - Mailing Address
Live Oak, Florida 32064
Telephone:        (386) 364-4445
Telecopier:       (386) 364-4508
Email: awc@chaunceylaw.com
Attorneys for Debtor